**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE: Olga M. Dunigan,　　　　　　　　　　　　　　　CASE NO.: 16-16442-amc
　　　　　　Debtor.　　/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

NewRez LLC d/b/a Shellpoint　　　　　　　　　　PHH Mortgage Corporation
Mortgage Servicing　　　　　　　　　　　　　　　　Name of Transferor
Name of Transferee

Name and Address where notices to transferee　　Court Claim # (if known): 4-1
should be sent:　　　　　　　　　　　　　　　　　　Amount of Claim: $104,107.73
　　　　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: 11/04/2016
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

Phone: (800)365-7107　　　　　　　　　　　　　　Phone: (866) 946 7729
Last Four Digits of Acct #: 6008　　　　　　　　　Last Four Digits of Acct #: 2174

Name and Address where transferee payments
should be sent (if different from above):

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

Phone: (800)365-7107
Last Four Digits of Acct #: 6008

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nathalie Rodriguez　　　　　　　　　　　Date: October 1, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: Olga M. Dunigan,                                       CASE NO.: 16-16442-amc
       Debtor.         /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 2, 2020, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

Olga M. Dunigan
1226 Fillmore Street
Philadelphia, PA 19124

And via electronic mail to:

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Robertson, Anschutz, Schneid & Crane LLC**
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: VJ Allen
Email: viallen@rascrane.com